**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Christopher J. Roy          W. Jay Luneau
Attorney at Law            Luneau Law Office
P. O. Box 1911             1239 Jackson St.
Alexandria LA 71309-1911   Alexandria LA 71301

**REHEARING ACTION: June 5, 2008**

**Docket Number: 08   00001-CA**

**JULIA A. RASHALL**
**VERSUS**
**CHARLES K. PENNINGTON, ET AL.**

**Appealed from Avoyelles Parish Case No. 2005-8122-A**

**BEFORE JUDGES:**

    **Hon. Ulysses Gene Thibodeaux**
    **Hon. Jimmie C. Peters**
    **Hon. James T. Genovese**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Julia A. Rashall** has this day been

    **DENIED.**

cc: Edward E. Rundell, Counsel for the Appellant
   Michael John O'Shee, Counsel for the Appellant
   Natasha Z. Wilson, Counsel for the Appellee